# UNITED STATES DISTRICT COURT
### for the
Eastern District of North Carolina

FILED IN OPEN COURT _UR_

ON ___10/30/2012___

Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| TERRENCE OUTLAW | ) Case No: 5:06-CR-163-1BO |
| | ) |
| | ) USM No: 50433-056 |
| Date of Original Judgment: December 7, 2006 | ) |
| Date of Previous Amended Judgment: October 15, 2008 | ) Thomas P. McNamara |
| (Use Date of Last Amended Judgment if Any) | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED. ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 84 _____ months **is reduced to** 67 months _____

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated December 7, 2006 _____ shall remain in effect. **IT IS SO ORDERED.**

Order Date: _10-30-12_

Judge's signature

Effective Date: _____
(if different from order date)

The Honorable Terrence W. Boyle, US District Judge _____
Printed name and title