# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.   Crim. No. 5:06-CR-163-1BO

Terrence Outlaw

On December 7, 2006, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,   Respectfully submitted,

/s/Jeffrey L. Keller   /s/Maurice J. Foy  
Jeffrey L. Keller   Maurice J. Foy  
Supervising U.S. Probation Officer   Senior U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _18_ day of _August_, 2015.

Terrence W. Boyle  
U.S. District Judge